Person/Attorney Filing: Mark J Bourassa
Mailing Address: 16165 N. 83rd Avenue Suite 200
City, State, Zip Code: Peoria, AZ 85385
Phone Number: (702) 851-2180
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023111, Issuing State: AZ
Attorney E-Mail Address: hdaniels@blgwins.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF NAVAJO

## Discovery Tier Level 3

3/13/2017 ver. 1

AZTurboCourt.gov Form Set #3384450